UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GEORGE JAMES, )
 )
       Plaintiff, )
 )
vs. ) Case No. 2:05-cv-01531-KOB-HGD
 )
COI WILLIE MYLES, )
 )
       Defendant. )

## MEMORANDUM OF OPINION

The magistrate judge filed a Report and Recommendation on April 26, 2007, recommending that the defendant's special report be treated as a motion for summary judgment and, as such, that it be granted and this action be dismissed with prejudice. No objections have been filed by any party.[1]

---

[1] A copy of the Report and Recommendation mailed to plaintiff at the St. Clair Correctional Facility was returned to the court on May 7, 2007, as undeliverable with the notations "Unclaimed, End of Sentence, Return to Sender, Refused, Unable to Forward." On July 23, 2007, the court entered an order directing the clerk to mail a copy of the Report and Recommendation to plaintiff at 16930 County Road 9, Summerdale, Alabama 36580. That mailing was also returned to the court with the notations "Attempted Not Known, Return to Sender, Address Unknow (sic). The plaintiff has failed to notify the court of his current address.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court concludes that the magistrate judge's report is due to be and hereby is ADOPTED and his recommendation is ACCEPTED. The court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendant's motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this 30th day of August 2007.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE